UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICHAILA D. YOUNG, <br><br>Plaintiff, <br><br>v. <br><br>DIVERSIFIED ADJUSTMENT SERVICE, INC., <br><br>Defendant. | Case No  3:21-cv-01169-JZ |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that MICHAILA D. YOUNG ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant, DIVERSIFIED ADJUSTMENT SERVICE, INC., have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a voluntary dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 14th day of October 2021.

                                                Respectfully submitted,

                                                */s/ Nathan C. Volheim*
                                                Nathan C. Volheim (#6302103)
                                                Sulaiman Law Group, Ltd.
                                                2500 S. Highland Avenue, Suite 200
                                                Lombard, IL 60148
                                                Phone: (630) 575-8181
                                                Fax: (630) 575-8188
                                                nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim