# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MICHAILA D. YOUNG,<br><br>    Plaintiff,<br>v.<br><br>DIVERSIFIED ADJUSTMENT SERVICE, INC.,<br><br>    Defendant. | Case No.  3:21-cv-01169-JZ<br><br>Honorable Jack Zouhary |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MICHAILA D. YOUNG, and the Defendant, DIVERSIFIED ADJUSTMENT SERVICE, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against, DIVERSIFIED ADJUSTMENT SERVICE, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: November 16, 2021                                         Respectfully Submitted,

**MICHAILA D. YOUNG**

*/s/ Nathan C. Volheim*
Nathan C. Volheim #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
nvolheim@sulaimanlaw.com

**DIVERSIFIED ADJUSTMENT SERVICE, INC.**

*/s/ David B. Shaver* (*with consent*)
David B. Shaver
*Counsel for Defendant*
Surdyk, Dowd & Turner Co., L.P.A.
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
Phone: (937) 222-2333
Fax: (937) 222-1970
dshaver@sdtlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/s/ Nathan C. Volheim
Nathan C. Volheim