Approved.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MICHAILA D. YOUNG, | Case No. 3:21-cv-01169-JZ |
| Plaintiff, | |
| v. | Honorable Jack Zouhary |
| DIVERSIFIED ADJUSTMENT SERVICE, INC., | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MICHAILA D. YOUNG, and the Defendant, DIVERSIFIED ADJUSTMENT SERVICE, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against, DIVERSIFIED ADJUSTMENT SERVICE, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: November 16, 2021                                  Respectfully Submitted,

**MICHAILA D. YOUNG**                                     **DIVERSIFIED ADJUSTMENT SERVICE, INC.**

/s/ Nathan C. Volheim                                     /s/ David B. Shaver (with consent)
Nathan C. Volheim #6302103                                David B. Shaver
*Counsel for Plaintiff*                                   *Counsel for Defendant*
Sulaiman Law Group, LTD                                   Surdyk, Dowd & Turner Co., L.P.A.
2500 S. Highland Avenue, Suite 200                        8163 Old Yankee Street, Suite C
Lombard, Illinois 60148                                   Dayton, Ohio 45458
Phone: (630) 575-8181                                     Phone: (937) 222-2333
Fax: (630) 575-8188                                       Fax: (937) 222-1970
nvolheim@sulaimanlaw.com                                  dshaver@sdtlawyers.com